UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DEWAYNE BROWN,

        Petitioner,        Case No. 1:14-cv-458

v.        Honorable Paul L. Maloney

CARMEN D. PALMER,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  August 6, 2014        /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District Judge