UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DEWAYNE BROWN,

        Petitioner,               Case No. 1:14-cv-458

v.                                     Honorable Paul L. Maloney

CARMEN D. PALMER,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it fails to raise a meritorious federal claim.

Dated:  August 6, 2014                /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge